# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:08MJ185 |
| vs. ) | ORDER FOR DISMISSAL |
| DARRELL TAYLOR, and ) NYASHA MUCHEGWA, ) | |
| Defendants. ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 32). The Court, being duly advised in the premises, finds said Motion should be sustained.

**IT IS ORDERED:**

The Complaint filed herein is hereby dismissed, without prejudice, as it pertains to the Defendants, Darrell Taylor and Nyasha Muchegwa.

**IT IS FURTHER ORDERED:**

Defendant Taylor is discharged from custody in this matter. Defendant Muchegwa's release order is exonerated.

DATED this 22nd day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge