IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08MJ185 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DARRELL TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

On October 7, 2008 at the initial appearance of the defendant, the defendant requested the appointment of counsel. Michael A. Nelsen was appointed pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. In addition, the defendant was ordered to pay the sum of $500.00 as partial payment for attorney fees.

On October 15, 2008, Steven J. Lefler appeared as retained counsel for the defendant. The court ordered the $500.00 amount due from the defendant for attorney fees would be amended when it was determined what amount needed to be paid for Mr. Nelsen's representation under the Criminal Justice Act. The court has now received a copy of Mr. Nelsen's voucher for representation of the defendant.

**IT IS ORDERED** that the defendant shall make a payment of $290.00 as reimbursement of fees expended on his behalf pursuant to 18 U.S.C. 3006A(f). Said amount is to be paid by November 17, 2008, to the Clerk of the Court for deposit in the Treasury.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and a copy to the defendant Darrell Taylor at his address of 6339 North 31st Avenue, Omaha, NE 68111.

DATED this 6th day of November, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge